*103 N. J. L.*                    Ramsey v. Leahey.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MINTURN, KALISCH, BLACK, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   12.

*For reversal*—None.

———————

THOMAS A. RAMSEY, RESPONDENT, v. MATTHEW LEAHEY, APPELLANT.

Argued October 25, 1926—Decided January 31, 1927.

On appeal from the Supreme Court, whose opinion is reported in 102 *N. J. L.* 513.

For the respondent, *John Joseph Meehan.*

For the appellant, *Joseph C. Paul.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, MINTURN, KALISCH, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   11.

*For reversal*—None.